# IN THE MATTER OF THE APPLICATION OF THE BOSTON & MONTANA CONSOL. COPPER & SILVER MINING CO.

(No. 1,928.)

(Submitted March 27, 1903.  Decided May 18, 1903.)

For Syllabus, see *In re Weston, ante*, page 207.

ORIGINAL proceeding in the supreme court, under Chapter 42, Laws of 1903.  Proceedings dismissed.

*Mr. A. J. Shores, Mr. C. F. Kelley,* and *Messrs. Forbis & Evans,* for Applicant. ·

*Messrs. McHatton & Cotter,* and *Mr. Charles R. Leonard,* for Respondents.

MR. JUSTICE HOLLOWAY delivered the opinion of the court.

This is an original application to this court for an order designating a judge of some district other than the Second judicial district, to try and determine a certain cause pending therein, entitled *John McGinniss, Plaintiff* v. *Boston & Montana Consolidated Copper & Silver Mining Company, A. S. Bigelow, W. J. Ladd, Ed. C. Perkins, Edwin S. Grew, Joseph S. Bigelow, Leonard Lewisohn, Frank Klepetko, Amalgamated Copper Company, William Scallon and C. S. Batterman, Defendants.* The proceeding is taken under the provisions of an Act of the Eighth legislative assembly, designated as "Substitute for Senate Bill No. 71" [Chapter 42, Laws of 1903].  Upon the filing of the petition this court, on its own motion, ordered the plaintiff in the court below and the district judge in whose department the above cause is pending, to appear and show cause, if any they had, why the prayer of the petitioners should not be granted. Upon return of that order, counsel for the plaintiff and for the

district judge appeared and filed a motion to dismiss the proceedings upon the ground that the Act entitled "Substitute for Senate Bill No. 71" is unconstitutional, and that this court has no jurisdiction to entertain the petition or to grant the relief prayed for.

The facts in this case and the principle involved are identical with those in No. 1,927, entitled *Ryan* v. *Weston,* this day decided by this court, *ante,* 207, 72 Pac. 512, and upon the authority of that case the motion to dismiss is sustained and the proceeding dismissed.

*Dismissed.*